UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MULALLEY; SABRINA D. EDWARDS; SARAH T. BEKELE,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION; STARBUCKS CORPORATION DBA STARBUCKS COFFEE COMPANY; STARBUCKS COFFEE COMPANY; and DOES 1 through 10 inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.:  21-cv-1490-GPC-DEB<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 17] |

On June 15, 2022, the parties filed a Joint Motion to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii). ECF No. 17. The motion is **GRANTED**. The entire action, including all claims and counter claims stated herein against all parties, is hereby dismissed with prejudice.

　　**IT IS SO ORDERED**.

Dated:  July 20, 2022

　　　　　　　　　　　　　　　　　　　　*Gonzalo Curiel*
　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　United States District Judge

1